KAMER ZUCKER ABBOTT
Jen J. Sarafina       #9679
Kaitlin H. Ziegler    #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel:   (702) 259-8640
Fax:   (702) 259-8646
jsarafina@kzalaw.com
kziegler@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COREY DOMINICK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC,<br><br>　　　　Defendant. | Case No. 2:16-cv-02253-APG-PAL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

///

///

///

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise provided.

DATED this 23 day of May, 2017.

MICHELLE M. JONES, ESQ.

By: /s/ Michelle Jones
Michelle M. Jones    #8505
703 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 385-1067

Attorney for Plaintiff

KAMER ZUCKER ABBOTT

By: /s/ Jen Sarafina
Jen J. Sarafina    #9679
Kaitlin H. Ziegler    #13625
3000 West Charleston Blvd., Suite 3
Las Vegas, Nevada 89102
Telephone: (702) 259-8640
Facsimile: (702) 259-8646

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Date: 5/24/2017

UNITED STATES DISTRICT COURT JUDGE